IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SCHNITA HAWKINS, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | |
| § | No. 3:22-cv-23-M-BN |
| CENLAR FEDERAL SAVINGS § | |
| BANK and CITIMORTGAGE, INC., § | |
| its/their successors and/or assigns, § | |
| § | |
| Defendants. § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case on August 1, 2023. *See* Dkt. No. 33. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 24th day of August, 2023.

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE